# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF WISCONSIN

**WISCONSIN MASONS APPRENTICESHIP & TRAINING FUND,**
**INTERNATIONAL MASONS INSTITUTE**
**and JEFFREY LECKWEE,**

**BRICKLAYERS AND ALLIED CRAFTSMEN DISTRICT COUNCIL OF WISCONSIN, and BRICKLAYERS AND TROWEL TRADES INTERNATIONAL,**

   Plaintiffs,

vs.

Case No. 07-C-0647-C

**ROCKFORD CENTRAL TILE AND TERRAZZO CO., INC.,**

   Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Fed. R. Civ. P., the plaintiffs hereby voluntarily dismiss the above-entitled action without prejudice.

Dated this 16th day of January, 2008.

/s/ Benjamin A. Menzel
Benjamin A. Menzel
Bar Number: 1041472
Attorney for Plaintiffs
PREVIANT, GOLDBERG, UELMEN, GRATZ, MILLER & BRUEGGEMAN, S.C.
1555 N. RiverCenter Drive, S. 202
P. O. Box 12993
Milwaukee, WI 53212
Telephone: 414/271-4500
Fax: 414/271-6308
E-Mail: bam@previant.com

Approved
Barbara B. Crabb
1/23/08

-1-